UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SHARON A. KONTY**,                                    Civil Case No. 3:12-CV-00467-KI

               Plaintiff,

                                        JUDGMENT

               v.

**LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, AND LOWE'S COMPANIES,
INC.**,

               Defendants.


       John C. Shaw
       Megan E. Glor
       Attorneys at Law
       621 SW Morrison, Suite 900
       Portland, Oregon   97205

           Attorneys for Plaintiff


Page 1 - JUDGMENT

Katherine S. Somervell
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204

      Attorneys for Defendants


KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

      Dated this _____30th_____ day of October, 2012.


                    _/s/ Garr M. King_____
                    Garr M. King
                    United States District Judge