UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SHARON A. KONTY**,

           Plaintiff,

           v.

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND LOWE'S COMPANIES, INC.**,

           Defendants.

Civil Case No. 3:12-CV-00467-KI

JUDGMENT

    John C. Shaw
    Megan E. Glor
    Attorneys at Law
    621 SW Morrison, Suite 900
    Portland, Oregon   97205

        Attorneys for Plaintiff

Page 1 - JUDGMENT

Katherine S. Somervell
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204

    Attorneys for Defendants

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this        30th        day of October, 2012.

                                                         /s/ Garr M. King
                                                      Garr M. King
                                                      United States District Judge